UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
47426
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Ford Motor Credit Company LLC
JM-5630

In Re:
CHRISTOPHER T. STANEK
JEAN STANEK

Order Filed on November 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-10988 (ABA)

Adv. No.:

Hearing Date: 11-20-2018

Judge: Hon. Andrew B. Altenburg Jr.

### ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: November 20, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Christopher and Jean Stanek / 47426
Case No: 18-10988 (ABA)
Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **Ford Motor Credit Company LLC** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Karen Sansalone** to permit **Ford Motor Credit Company LLC** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Personal Property
2012 Ford Fiesta
Vehicle Identification Number
3FADP4EJ8CM155831