UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS Citron, LLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Harold Kaplan (HK0226)

In Re:

**Christopher T. Stanek,**

     **Debtor,**

**Jean Stanek,**

     **Joint Debtor.**

Order Filed on April 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    18-10988-ABA

Chapter:    13

Hearing Date:  April 20, 2020

Judge:    Andrew B. Altenburg Jr.

## AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: April 17, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**

Secured Creditor: NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER

Secured Creditor's Counsel: RAS Citron, LLC

Debtors' Counsel: Victor Druziako, Esq.

Property Involved ("Collateral"): 82 York Street, Bridgeton, NJ 08302

Relief sought:
- ■ Motion for relief from the automatic stay
- □ Motion to dismiss
- □ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Secured Creditor's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ■ The Debtor brought account current subsequent to the Motion for Relief from Stay being filed on <u>March 27, 2020</u>.

    Funds Held In Suspense $<u>0.00.</u>

    Total Arrearages Due $<u>0.00</u>.

2. Debtor must cure all post-petition arrearages, as follows:

    ■ Beginning on <u>April 1, 2020</u>, regular monthly mortgage payments shall continue to be made in the amount of $<u>716.04</u>.

3. Payments to the Secured Creditor shall be made to the following address(es):

    ■ Regular monthly payment: <u>Nationstar Mortgage LLC</u>
    <u>ATTN: Bankruptcy Dept</u>
    <u>PO Box 619094</u>
    <u>Dallas, Texas 75261-9741</u>

4.    In the event of Default:

■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Consent Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

■ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

5.    Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of <u>$350.00</u> and costs of <u>$181.00</u>.

    The fees and costs are payable:

    ■ Through the Chapter 13 plan.

    □ To the Secured Creditor within _____ days.

    □Attorneys' fees are not awarded.

The undersigned hereby consent to the form and entry of the foregoing order.

Victor Druziako, Esq.
*Attorney for Debtor(s)*
Date:    4/17/20

/s/ Harold Kaplan

Harold Kaplan, Esq.
*Attorney for Secured Creditor*
Date:    4/17/2020