| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Christopher T. Stanek<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7974<br>EIN   \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | Jean Stanek<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7856<br>EIN   \_\_–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–10988–ABA | | |

## Order of Discharge                                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher T. Stanek                                    Jean Stanek

<u>4/20/23</u>                                                     **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher T. Stanek  
Jean Stanek  
    Debtors

Case No. 18-10988-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Apr 20, 2023      Form ID: 3180W      Total Noticed: 47

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher T. Stanek, Jean Stanek, 82 York St., Bridgeton, NJ 08302-2124 |
| aty | + | R.A. Lebron, Esq., 7 Century Drive Ste 201, Parisppany, NJ 07054-4609 |
| 517282242 | + | CBNA (POB 6497, Sioux Falls, South Dakot, POB 6497, Sioux Falls, South Dakota 57117-6497 |
| 517282243 | | Discover, P.O. Box 19850, Wilmington, Delaware 19850 |
| 517282247 | + | GE Capital Retail Bank, 401 N. Broad Street, Philadelphia, Pennsylvania 19108-1001 |
| 517304009 | + | Karen Sansalone, 12 Applewood Lane, Pittsgrove, NJ 08318-4078 |
| 517282258 | + | Synchrony Bank, POB 10592, Atlanta, Georgia 30310-0592 |
| 517282259 | + | TD/Target Card Services, POB 661070, Dallas, Texas 75266-1070 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 20 2023 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 20 2023 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | EDI: JPMORGANCHASE | Apr 21 2023 00:25:00 | JP Morgan Chase Bank, PO Box 24696, Columbia, OH 43224-0696 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 20 2023 20:35:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517282238 | | EDI: GMACFS.COM | Apr 21 2023 00:25:00 | Ally, POB 78234, Phoenix, Arizona 85062-8234 |
| 519258353 | + | EDI: AISACG.COM | Apr 21 2023 00:25:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517321878 | | EDI: GMACFS.COM | Apr 21 2023 00:25:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517282239 | + | EDI: TSYS2 | Apr 21 2023 00:25:00 | Barclay's Bank of Delaware, POB 8803, Wilmington, Delaware 19899-8803 |
| 517403819 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2023 20:46:56 | CACH, LLC its successors and assigns as assignee, of First National Bank Omaha, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517348497 | | EDI: CAPITALONE.COM | Apr 21 2023 00:25:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517282240 | | EDI: CAPITALONE.COM | Apr 21 2023 00:25:00 | Capital One Bank (USA), N.A., POB 71083, Charlotte, North Carolina 28272-1083 |

Case 18-10988-ABA    Doc 90    Filed 04/22/23    Entered 04/23/23 00:14:27    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Apr 20, 2023 | Form ID: 3180W | Total Noticed: 47 |

| Recipient ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 517390171 | | Email/PDF: bncnotices@becket-lee.com | Apr 20 2023 20:46:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517282241 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 20 2023 20:35:00 | Capital One/Kohl's, POB 3043, Milwaukee, Wisconsin 53201-3043 |
| 517282244 | + | EDI: CITICORP.COM | Apr 21 2023 00:25:00 | DSNB/Macy's, Bankruptcy Processing, POB 8053, Mason, Ohio 45040 |
| 517299397 | | Email/Text: EBNBKNOT@ford.com | Apr 20 2023 20:36:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 517301585 | | Email/Text: EBNBKNOT@ford.com | Apr 20 2023 20:36:00 | Ford Motor Credit Company, LLC, PO Box 62180, Colorado Springs, CO 80962-4400 |
| 517282245 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Apr 20 2023 20:35:00 | Fein, Such, Kahn & Shepard, P.C., 7 Century Drive, Suite 201, Parsippany, New Jersey 07054-4673 |
| 517282246 | + | Email/Text: EBNBKNOT@ford.com | Apr 20 2023 20:36:00 | Ford Credit, POB 542000, Omaha, Nebraska 68154-8000 |
| 517282248 | + | EDI: HFC.COM | Apr 21 2023 00:25:00 | HSBC Bank Nevada N.A., 1111 North Town Center Drive, Las Vegas, Nevada 89144-6364 |
| 517282249 | + | EDI: HFC.COM | Apr 21 2023 00:25:00 | HSBC Bank Nevada N.A. Sears, 1111 North Town Center Drive, Las Vegas, Nevada 89144-6364 |
| 517282250 | | EDI: JPMORGANCHASE | Apr 21 2023 00:25:00 | JP Morgan Chase, P. O. Box 24696, Columbia, Ohio 43224-0696 |
| 517411764 | | EDI: JPMORGANCHASE | Apr 21 2023 00:25:00 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CHASE RECORDS CENTER, ATTN: CORRESPONDENCE MAIL, MAIL CODE: LA4-5555, 700 KANSAS LANE, MONROE, LA 71203 |
| 517282251 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2023 20:46:56 | LVNV, POB 1269, Greenville, South Carolina 29602-1269 |
| 517405338 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2023 20:46:35 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517282252 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2023 20:36:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, California 92108-2710 |
| 518672266 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 20 2023 20:35:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9741, NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9096 |
| 518672265 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 20 2023 20:35:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9096 |
| 517401507 | | EDI: PRA.COM | Apr 21 2023 00:25:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (USA), N.A., POB 41067, Norfolk VA 23541 |
| 517401503 | | EDI: PRA.COM | Apr 21 2023 00:25:00 | Portfolio Recovery Associates, LLC, c/o Capital One, N.A., POB 41067, Norfolk VA 23541 |
| 517282253 | + | EDI: PRA.COM | Apr 21 2023 00:25:00 | Portfolio Recovery Services, 120 Corporate Blvd., Norfolk, Virginia 23502-4952 |
| 517282256 | | EDI: RMSC.COM | Apr 21 2023 00:25:00 | SYNCB/JC Penney, ATTN: Bankruptcy Dept., POB 965060, Orlando, Florida 32896-5060 |
| 517282257 | | EDI: RMSC.COM | Apr 21 2023 00:25:00 | SYNCB/Walmart, Attn: Bankruptcy Dept., POB 965060, Orlando, Florida 32896-5060 |
| 517282254 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

Case 18-10988-ABA   Doc 90   Filed 04/22/23   Entered 04/23/23 00:14:27   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 20, 2023 | Form ID: 3180W | Total Noticed: 47 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 20 2023 20:36:00 | Santander Consumer USA, POB 961245, Fort Worth, Texas 76161-0244 |
| 517282255 | + | Email/Text: bankruptcy@bbandt.com | Apr 20 2023 20:36:00 | Sun Trust Bank, POB 79282, Baltimore, Maryland 21279-0282 |
| 517334753 | + | Email/Text: bankruptcy@bbandt.com | Apr 20 2023 20:36:00 | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 517283893 | + | EDI: RMSC.COM | Apr 21 2023 00:25:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517415663 | + | Email/Text: bncmail@w-legal.com | Apr 20 2023 20:36:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517282260 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 20 2023 20:35:00 | Toyota Financial Services, POB 4102, Carol Stream, Illinois 60197-4102 |
| 517351356 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 20 2023 20:35:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 517351599 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor NATIONSTAR MORTGAGE LLC ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER hkaplan@rasnj.com, kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com kimwilson@raslg.com |
| Isabel C. Balboa | |

| | |
|---|---|
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company  LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| R. A. Lebron | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor NATIONSTAR MORTGAGE  LLC D/B/A MR. COOPER bankruptcy@fskslaw.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor NATIONSTAR MORTGAGE LLC smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Victor Druziako | on behalf of Debtor Christopher T. Stanek bkdruziako@aol.com |
| Victor Druziako | on behalf of Joint Debtor Jean Stanek bkdruziako@aol.com |

TOTAL: 16